■ John D. Justice, Appellant, v State of New York, Respondent. (Claim No. 114445.) [895 NYS2d 911]—Appeal from an

order of the Court of Claims (Michael E. Hudson, J.), entered February 10, 2009. The order, inter alia, granted the cross motion of defendant for summary judgment and dismissed the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.